# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| MUHAMMAD AL-AMEEN, also known as Terry Dena Rivers, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | 4:12-cv-509-IPJ-JEO |
| WILLIAM TALLEY, ) ) | |
| Defendant. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 10, 2012, recommending that this action be dismissed due to plaintiff's failure to exhaust his administrative remedies prior to filing suit, as required by 42 U.S.C.§ 1997e(a).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed without prejudice due to plaintiff's failure to exhaust his administrative remedies.  A Final Judgment will be entered.

DATED, this 2nd day of January, 2013.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE